IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS HAROLD LOWERY, II,

    Plaintiff,

v.                                      3:10cv204-WS

ARMOR MEDICAL, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation docketed November 19, 2010. See Doc. 5. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed as malicious based on the plaintiff's failure to disclose—at the time he filed his complaint—a previously-filed civil action relating to the fact or manner of his incarceration. The plaintiff filed no objections to the magistrate judge's report and recommendation.

By order docketed December 16, 2010, the court gave the plaintiff until January 7, 2011, to explain "why he failed to disclose Case No. 3:09cv514-RV on his complaint." The plaintiff was warned that, if he failed to respond to the court's order directing an explanation, his case would be dismissed as recommended by the magistrate judge.

On December 23, 2010, the plaintiff filed a document entitled "Re:Order to Show Cause." In that document, the plaintiff stated that he wished to proceed with his case, but he gave no explanation for his failure to properly disclose his litigation history.

Absent such an explanation, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated in this order by reference.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the plaintiff's abuse of the judicial process.

3. The clerk shall enter judgment accordingly and shall note on the docket sheet that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE AND ORDERED this ___27th___ day of ___January___, 2011.

                             s/ William Stafford
                             WILLIAM STAFFORD
                             SENIOR UNITED STATES DISTRICT JUDGE